MONTEI, Appellant, v. ST. LOUIS & SAN FRAN-
CISCO RAILROAD COMPANY, Respondent.

**St. Louis Court of Appeals, March 17, 1908.**

**APPELLATE PRACTICE: Timely Exception: Involuntary Non-
suit.** At the conclusion of the plaintiff's testimony the trial
court directed the jury to return a verdict for the defendant,
the plaintiff took a nonsuit with leave and filed his motion to
set the same aside, which motion was overruled and excep-
tions saved. The plaintiff saved no exception to the peremptory
instruction to find for defendant and for that reason the case
cannot be reviewed on its merits.

Appeal from Lawrence Circuit Court.—*Hon. F. C.
Johnston,* Judge.

AFFIRMED.

*McPherson & Hilpirt* and *M. Clardy* for appellant.

*W. F. Evans* and *Woodruff & Mann* for respondent.

GOODE, J.—Action for a personal injury and dam-
ages to property by a collision with a locomotive. At
the conclusion of plaintiff's testimony the court direct-
ed the jury to return a verdict for the defendant; where-
upon plaintiff took a nonsuit with leave to move to set
the same aside, and on the court's refusal to set it
aside, saved an exception to the refusal to set aside
the judgment of nonsuit and grant him a new trial.
He can derive no benefit from his exception, because he
omitted to except to the instruction for a verdict for de-
fendant. The decision of the appeal is controlled by the
authority of Lewis v. Mining Co., 199 Mo. 463, wherein
the Supreme Court expressly declared that on a record
like the one before us, an appeal cannot be considered on
the merits. There being no error in the record proper
the judgment is affirmed. All concur.